1AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

FILED
Jun 23 2025
Clerk, U.S. District Court
Western District of Texas

By: *mvm*
Deputy

**USA**

vs.

**(1) FRANCISCO JAVIER SOVALBARRO-REYES**

§
§ CRIMINAL COMPLAINT
§ CASE NUMBER: **EP:25-M -03585(1) RFC**
§
§

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 18, 2025** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, Count I: 8 USC 1326a1 Re-Entry of Removed Aliens.

in violation of Title **8** United States Code, Section(s) **1326**

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: *" In violation of Title 8, USC 1326(a)(1), being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and "*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ SAENZ, OFILIA
Signature of Complainant
Border Patrol Agent

June 23, 2025
File Date

at  EL PASO, Texas
City and State

ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

**OATH TELEPHONICALLY SWORN AT 1:11 PM.**
**FED.R.CRIM.P.4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - **EP:25-M -03585(1)**

**WESTERN DISTRICT OF TEXAS**

**(1) FRANCISCO JAVIER SOVALBARRO-REYES**

*FACTS  (CONTINUED)*

**557.**

The DEFENDANT, Francisco Javier SOVALBARRO-Reyes, an alien to the United States and a citizen of Nicaragua was found approximately .37 miles west of the Paso Del Norte Port of Entry in El Paso, Texas in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Nicaragua, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Nicaragua on April 16, 2025 through Alexandria, Louisiana.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

IMMIGRATION HISTORY:

The DEFENDANT has been deported 1 time(s), the last one being to NICARAGUA on April 16, 2025, through ALEXANDRIA, LA

CRIMINAL HISTORY:

02/11/2025, FLORIDA-Pinellas County Sheriffs Office, No valid drivers license(M), CNV, unknown.